UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH GODDARD,<br><br>    Plaintiff,<br><br>    v.<br><br>SARES-REGIS GROUP, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-05882-EMC   (EMC)<br><br>**ORDER STRIKING FILINGS**<br><br>Docket Nos. 53, 54, 56, 61 |

On October 10, due to Plaintiff's excessive and voluminous filings, the Court ordered Plaintiff to refrain from further filings without seeking leave of the Court, except for Plaintiff's late motion to dismiss response.  Dkt. No. 49.  Plaintiff subsequently filed two notices without seeking leave, which the Court struck.  Dkt. No. 52.  Since this time, Plaintiff has continued to make excessive, voluminous, and legally irrelevant filings without seeking leave.  Dkt. Nos. 53, 54, 56.  Plaintiff has continued to do so even after the Court granted Defendant's motion to dismiss with prejudice and entered final judgment.  Dkt. No. 61.  Plaintiff's most recent filing purports to be a Second Amended Complaint, which Plaintiff was previously denied leave to file.  Dkt. No. 61; Dkt. No. 49.  Pursuant to the Court's order at Dkt. No. 49, the Court strikes the filings at Dkt. Nos. 53, 54, 56, and 61.

**IT IS SO ORDERED**.

Dated: October 27, 2025

_____
EDWARD M. CHEN
United States District Judge