|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 14 2026 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

THOMAS JOSEPH GODDARD,

    Plaintiff - Appellant,

 v.

1910 N. MAIN STREET APARTMENTS CAPITAL, LLC, DBA NoMa Apartments; et al.,

    Defendants - Appellees.

No. 25-5230

D.C. No. 3:25-cv-05882-EMC

Northern District of California, San Francisco

MANDATE

The judgment of this Court, entered December 23, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT