UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

     Plaintiff,

     v.

1910 N. MAIN STREET APARTMENTS CAPITAL, LLC.,

     Defendant.

Case No.  26-cv-01237-TLT

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Goddard v. NoMa Apartments et al*, 3:25-cv-5882-EMC.

**IT IS SO ORDERED.**

Dated:  2/11/2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California