UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THOMAS JOSEPH GODDARD,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>1910 N. MAIN STREET APARTMENTS CAPITAL, LLC, DBA NoMa Apartments, DBA NoMa Apartments; et al.,<br><br>Defendants - Appellees. | No. 26-979<br><br>D.C. No.<br>3:25-cv-05882-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: SILVERMAN, BENNETT, and SANCHEZ, Circuit Judges.

This court lacks jurisdiction over this appeal because the February 11, 2026 order challenged in the notice of appeal is not an appealable post-judgment order. *See* 28 U.S.C. § 1291. This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

The alternative request for a writ of mandamus is denied. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).

**DISMISSED in part; DENIED in part.**