UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

THOMAS JOSEPH GODDARD,

Plaintiff - Appellant,

v.

1910 N. MAIN STREET APARTMENTS CAPITAL, LLC, DBA NoMa Apartments, DBA NoMa Apartments; et al.,

Defendants - Appellees.

No. 26-979

D.C. No.
3:25-cv-05882-EMC

Northern District of California,
San Francisco

MANDATE

The judgment of this Court, entered April 24, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT